**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

LARRY RUMBOUGH,

     Plaintiff,

                                     Case No. 6:15-cv-01878-PGB-KRS

v.

CAPITAL ONE BANK (USA), N.A., et al.,

     Defendants.

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT**

Defendant, Equifax Information Services LLC ("Equifax"), by Counsel, files its Answer and Defenses to Plaintiff's Complaint ("Complaint") as follows:

**PRELIMINARY STATEMENT**

In answering the Complaint, Equifax states that it is responding to allegations on behalf of itself only, even where the allegations pertain to alleged conduct by all Defendants.  Equifax denies any and all allegations in the headings and/or unnumbered paragraphs in the Complaint.

**ANSWER**

In response to the specific allegations in the enumerated paragraphs in the Complaint, Equifax responds as follows:

1.     Equifax admits that Plaintiff purports to bring a claim under the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*. ("FCRA"), the Fair Debt Collections Practices Act ("FDCPA"), the Florida Consumer Collection Practices Act ("FCCPA"), and breach of contract but denies it violated the FCRA, FDCPA, FCCPA, FCCPA, or any other law.

2.     Equifax admits jurisdiction is proper in this Court.

3.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3.

4.      Equifax denies the allegations in Paragraph 4.

5.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5.

6.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6.

7.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7.

8.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8.

9.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9.

10.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10.

11.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11.

12.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12.

13.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13.

14.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14.

15.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15.

16.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16.

17.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17.

18.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18.

19.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19.

20.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20.

21.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21.

22.     Equifax admits the allegations in Paragraph 22.

23.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23.

24.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24.

25.     Equifax denies the allegations in Paragraph 25.

26.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26.

27.     Equifax is without knowledge or information sufficient to form a belief as to the

truth of the allegations in Paragraph 27.

28.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28.

29.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29.

30.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30.

31.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31.

32.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32.

33.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33.

34.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34.

35.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35.

36.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36.

37.     Equifax admits it received a dispute from Plaintiff. Equifax states that the dispute speaks for itself, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the dispute with Equifax, the allegations are denied.

38.      Equifax is without knowledge or information sufficient to form a belief as to the

truth of the allegations in Paragraph 38.

39.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39.

40.     Equifax states that the results of its reinvestigation referred to in Paragraph 40 speak for themselves, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the results, the allegations are denied.

41.     Equifax denies the allegations in Paragraph 41.

42.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42.

43.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43.

44.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44.

45.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45.

46.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46.

47.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47.

48.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48.

49.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 49.

50.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50.

51.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51.

52.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52.

53.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 53.

54.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54.

55.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 55.

56.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56.

57.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 57.

58.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58.

59.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59.

60.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60.

61.     Equifax is without knowledge or information sufficient to form a belief as to the

truth of the allegations in Paragraph 61.

62.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 62.

63.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 63.

64.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 64.

65.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 65.

66.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 66.

67.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 67.

68.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 68.

69.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 69.

70.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 70.

71.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 71.

72.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 72.

73.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 73.

74.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 74.

75.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 75.

76.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 76.

77.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 77.

78.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 78.

79.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 79.

80.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 80.

81.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 81.

82.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 82.

83.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 83.

84.     Equifax is without knowledge or information sufficient to form a belief as to the

truth of the allegations in Paragraph 84.

85.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 85.

86.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 86.

87.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 87.

88.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 88.

89.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 89.

90.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 90.

91.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 91.

92.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 92.

93.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 93.

94.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 94.

95.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 95.

96.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 96.

97.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 97.

98.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 98.

99.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 99.

100.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 100.

101.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 101.

102.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 102.

103.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 103.

104.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 104.

105.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 105.

106.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 106.

107.    Equifax is without knowledge or information sufficient to form a belief as to the

truth of the allegations in Paragraph 107.

108.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 108.

109.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 109.

110.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 110.

111.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 111.

112.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 112.

113.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 113.

114.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 114.

115.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 115.

116.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 116.

117.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 117.

118.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 118.

119.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 119.

120.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 120.

121.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 121.

122.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 122.

123.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 123.

124.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 124.

125.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 125.

126.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 126.

127.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 127.

128.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 128.

129.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 129.

130.    Equifax is without knowledge or information sufficient to form a belief as to the

truth of the allegations in Paragraph 130.

131.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 131.

132.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 132.

133.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 133.

134.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 134.

135.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 135.

136.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 136.

137.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 137.

138.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 138.

139.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 139.

140.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 140.

141.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 141.

142.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 142.

143.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 143.

144.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 144.

145.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 145.

146.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 146.

147.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 147.

148.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 148.

149.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 149.

150.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 150.

151.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 151.

152.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 152.

153.    Equifax is without knowledge or information sufficient to form a belief as to the

truth of the allegations in Paragraph 153.

154.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 154.

155.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 155.

156.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 156.

157.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 157.

158.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 158.

159.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 159.

160.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 160.

161.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 161.

162.    Paragraph 162 contains no allegations. To the extent anything in Paragraph 162 can be construed as allegation against Equifax, those allegations are denied.

163.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 163.

164.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 164.

165.     Equifax admits the allegations in Paragraph 165.

166.     Equifax denies the allegations in Paragraph 166, including all subparts.

167.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 167. Equifax denies Plaintiff is entitled to any relief claimed in the unnumbered "WHEREFORE" Paragraph that follows Paragraph 167.

168.     Paragraph 168 contains no allegations. To the extent anything in Paragraph 168 can be construed as allegation against Equifax, those allegations are denied.

169.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 169.

170.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 170.

171.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 171.

172.     Paragraph 172 contains no allegations. To the extent anything in Paragraph 172 can be construed as allegation against Equifax, those allegations are denied.

173.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 173.

174.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 174.

175.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 175.

176.     Paragraph 176 contains no allegations. To the extent anything in Paragraph 176 can be construed as allegation against Equifax, those allegations are denied.

177.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 177.

178.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 178.

179.    Paragraph 179 contains no allegations. To the extent anything in Paragraph 179 can be construed as allegation against Equifax, those allegations are denied.

180.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 180.

181.    Equifax admits Plaintiff has demanded a trial by jury and likewise demands a jury trial in this case.

182.    Equifax denies that the Plaintiff is entitled to any relief claimed in his Complaint.

183.    Any allegation in Plaintiff's Complaint not heretofore specifically responded to by Equifax is hereby denied.

## DEFENSES

Without assuming the burden of proof where it otherwise rests with Plaintiff, Equifax pleads the following defenses to the Complaint:

## FIRST DEFENSE

At all pertinent times, Equifax maintained reasonable procedures to assure maximum possible accuracy in its credit reports.

## SECOND DEFENSE

Plaintiff's damages, if any, were not caused by Equifax, but by another person or entity for whom or for which Equifax is not responsible.

**THIRD DEFENSE**

Equifax has complied with the Fair Credit Reporting Act in its handling of Plaintiff's credit file and is entitled to each and every defense stated in the Act and any and all limitations of liability.

**FOURTH DEFENSE**

Plaintiff cannot meet the requirements of 15 U.S.C. § 1681n in order to recover punitive or statutory damages.

**FIFTH DEFENSE**

Equifax adopts by reference the defenses, criteria, limitations, standards and constitutional protections mandated or provided by the United States Supreme Court in the following cases: *BMW v. Gore*, 517 U.S. 559 (1996); *Cooper Indus., Inc. v. Leatherman Tool Group, Inc.*, 532 U.S. 923 (2001); *State Farm v. Campbell*, 538 U.S. 408 (2003), and *Safeco Insurance Co. of America v. Burr*, 551 U.S. 47 (2007).

**SIXTH DEFENSE**

Equifax denies each and every averment of Plaintiff's Complaint not specifically admitted in this Answer.

**SEVENTH DEFENSE**

Equifax reserves the right to assert additional defenses that it learns through the course of discovery

**WHEREFORE**, having fully answered or otherwise responded to the allegations in Plaintiff's Complaint, Equifax prays that:

(1)     Plaintiff's Complaint be dismissed in its entirety and with prejudice, with all costs taxed against Plaintiff;

(2)      it be dismissed as a party to this action;

(3)      it receive a trial by jury for all issues so triable;

(4)      it recover such other and additional relief as the Court deems just and appropriate.

Respectfully submitted this 21st day of December, 2015.

By: */s/ J. Anthony Love*_____
     J. Anthony Love
     Florida Bar No. 67224
     King & Spalding LLP
     1180 Peachtree Street, N.E.
     Atlanta, Georgia 30309
     Tel: (404) 572-4600
     Fax: (404) 572-5100
     tlove@kslaw.com

     Counsel for Defendant Equifax Information
     Services LLC

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the above and foregoing has been served via the court's CM/ECF system on the following counsel of record in this case:

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828

Patrick Michael DeLong
Marshall, Dennehey, Warner, Coleman & Goggin
11th Floor
100 NE 3rd Ave
Ft Lauderdale, FL 33301

This 21st day of December, 2015.

_/s/ J. Anthony Love_____
J. Anthony Love