UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY RUMBOUGH,

    Plaintiff,

Case No. 6:15-cv-01878-PGB-KRS

v.

CAPITAL ONE BANK (USA), N.A., et al.,

    Defendants.

## DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant, Equifax Information Services LLC ("Equifax"), by Counsel, hereby submits the following certificate of interested persons and corporate disclosure statement:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    Larry Rumbough, Plaintiff

    Larry Rumbough
    840 Lilac Trace Lane
    Orlando, FL 32828

    Defendant, Equifax Information Services LLC

    Equifax Information Services LLC is a wholly-owned subsidiary of Equifax Inc., which is a publicly traded company.

    Phyllis B. Sumner and J. Anthony Love are trial counsel for Equifax Information Services LLC

    King & Spalding, LLP, counsel for Equifax Information Services LLC

    Defendants, Asset Acceptance, MRC Receivables, Midland Credit Management, Inc., Midland Funding LLC, and Midland Funding NCC-2 Corporation

      Patrick Michael DeLong
      Marshall, Dennehey, Warner, Coleman & Goggin
      11th Floor
      100 NE 3rd Ave
      Ft Lauderdale, FL 33301

      Defendant, Capital One Bank (USA), N.A.

      Defendant, Capital One Retail Services

      Defendant, Citibank, N.A.

      Defendant, Citi Cards

      Defendant, Citicorp Credit Services, Inc., (USA)

      Defendant, Citicorp

      Defendant, Best Buy

      Defendant, Best Buy Credit Service

      Defendant, Global Credit & Collection Corporation

      Defendant, Global International

      Defendant, Cavalry Portfolio Services

      Defendant, Experian Information Solutions, Inc.

      Defendant, Trans Union LLC

2.    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

      None known.

3.    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

      None.

4.    The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Other than the Plaintiff in this lawsuit, Equifax is unaware of any alleged victims.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

Respectfully submitted this 21st day of December, 2015.

By: */s/ J. Anthony Love*
J. Anthony Love
Florida Bar No. 67224
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
tlove@kslaw.com

Counsel for Defendant Equifax Information Services LLC

## **CERTIFICATE OF SERVICE**

  This is to certify that a true and correct copy of the above and foregoing has been served via the court's CM/ECF system on the following counsel of record in this case:

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828

Patrick Michael DeLong
Marshall, Dennehey, Warner, Coleman & Goggin
11th Floor
100 NE 3rd Ave
Ft Lauderdale, FL 33301

  This 21st day of December, 2015.


                  */s/ J. Anthony Love*
                  J. Anthony Love