UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY RUMBOUGH,

        Plaintiff,

v.

Case No. 6:15-cv-01878-PGB-KRS

CAPITAL ONE BANK (USA), N.A.;
CAPITAL ONE RETAIL SERVICES;
CITIBANK, N.A.;
CITI CARDS;
CITICORP CREDIT SERVICES, INC. (USA);
CITICORP;
BEST BUY;
BEST BUY CREDIT SERVICE;
GLOBAL CREDIT & COLLECTION CORPORATION;
GLOBAL INTERNATIONAL;
MIDLAND CREDIT MANAGEMENT INC.;
MIDLAND FUNDING LLC;
MRC RECEIVABLES;
MIDLAND FUNDING NCC-2 CORPORATION;
ASSET ACCEPTANCE LLC;
CAVALRY PORTFOLIO SERVICES;
EQUIFAX INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.;
TRANS UNION, LLC

        Defendants.
_____/

**DEFENDANT TRANS UNION LLC'S CERTIFICATE OF
INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

COMES NOW, Defendant Trans Union LLC ("Trans Union"), and hereby discloses the following pursuant to this Court's interested persons order:

**1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action—including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:**

    A.    Larry Rumbough, Plaintiff *Pro Se*;

B. Capital One Bank (USA), N.A., Defendant;

C. Capital One Retail Services, Defendant;

D. Citibank, N.A., Defendant;

E. Citi Cards, Defendant;

F. Citicorp Credit Services, Inc. (USA), Defendant;

G. Citicorp, Defendant;

H. Best Buy, Defendant;

I. Best Buy Credit Service, Defendant;

J. Global Credit & Collection Corporation, Defendant;

K. Global International, Defendant;

L. Midland Credit Management Inc., Defendant;

M. Midland Funding LLC, Defendant;

N. MRC Receivables, Defendant;

O. Midland Funding NCC-2 Corporation, Defendant;

P. Asset Acceptance LLC, Defendant;

Q. Patrick Michael DeLong

Counsel for Midland Credit Management, Inc., Midland Funding LLC, RC Receivables, Midland Funding NCC-2 Corp., and Asset Acceptance LLC;

R. Cavalry Portfolio Services, Defendant;

S. Equifax Information Services, LLC, Defendant;

T. John Anthony Love,

Counsel for Defendant Equifax Information Services, LLC

     U.     Experian Information Solutions, Inc., Defendant;

     V.     Trans Union LLC; Defendant;

     W.     Franklin G. Cosmen, Jr. of Quintairos, Prieto, Wood & Boyer P.A., Counsel for Defendant Trans Union LLC;

     X.     Parent Companies: Trans Union LLC is wholly owned by TransUnion Intermediate Holdings, Inc., which is wholly owned by TransUnion. TransUnion is jointly owned by a number of non-public funds affiliated with Advent International Corp. and GS Capital Partners. GS Capital Partners is an affiliate of Goldman Sachs Group, Inc., a publicly traded entity.

2. **The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

   None known at this time.

3. **The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

   None known at this time.

4. **The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

   Other than the parties to this lawsuit, Trans Union is unaware of any alleged victims.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: December 22, 2015.  Respectfully submitted,

*/s/ Franklin G. Cosmen, Jr.*
**FRANKLIN G. COSMEN, JR.**
Florida Bar No. 0089214
**QUINTAIROS, PRIETO, WOOD & BOYER P.A.**
9300 S. Dadeland Blvd, 4th Floor
Miami, Florida  33156
Telephone: (305) 670-1101
Facsimile: (305) 670-1161
fcosmen@qpwblaw.com
**COUNSEL FOR TRANS UNION LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2015, the foregoing document is being served this day on all counsel of record identified on the below Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

**Patrick Michael DeLong**
Marshall, Dennehey, Warner, Coleman & Goggin
11th Floor
100 NE 3rd Ave
Ft Lauderdale, FL 33301
954-847-4920
954-627-6640 Fax
pmdelong@mdwcg.com
*Counsel for Midland Credit Management, Inc., Midland Funding LLC, MRC Receivables, Midland Funding NCC-2 Corp., and Asset Acceptance LLC*

**John Anthony Love**
King & Spalding, LLP
1180 Peachtree St NE
Atlanta, GA 30309-3521
(404) 572-4600
(404) 572-5100 Fax
tlove@kslaw.com
*Counsel for Equifax Information Services, LLC*

I hereby certify that on December 23, 2015, I served a true and correct copy of the foregoing document by United States Postal Service to the following:

**Larry Rumbough**
840 Lilac Trace Lane
Orlando, FL 32828
*Plaintiff Pro Se*

   */s/ Franklin G. Cosmen, Jr.*
   **FRANKLIN G. COSMEN, JR.**