UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY RUMBOUGH,

    Plaintiff,

-v-

CAPITAL ONE BANK (USA), N.A.; CAPITAL ONE RETAIL SERVICES; CITIBANK, N.A.; CITI CARDS; CITICORP CREDIT SERVICES, INC. (USA); CITICORP; BEST BUY; BEST BUY CREDIT SERVICE; GLOBAL CREDIT & COLLECTION CORPORATION; GLOBAL INTERNATIONAL, MIDLAND CREDIT MANAGEMENT, INC.; MIDLAND FUNDING LLC; MRC RECEIVABLES; MIDLAND FUNDING NCC-2 CORPORATION; ASSET ACCEPTANCE, LLC; CAVALRY PORTFOLIO SERVICES; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC,

    Defendants.    /

Case No. 6:15-cv-1878-ORL-40KRS

## NOTICE OF MEDIATION

**NOTICE** is hereby given pursuant to the Court's order [Doc. 60] dated February 20, 2016, that a mediation conference in the above-referenced matter has been scheduled by the parties with Clayton D. Simmons, certified mediator, for Friday, September 30, 2016, beginning at 1:00 p.m., at the law firm of Foley & Lardner, LLP, 111 North Orange Ave., Suite 1800, Orlando, Florida 32801.

/s/*Christi A. Lawson*
Christi A. Lawson
Fla. Bar No. 0498351
clawson@foley.com
Thomas S. Cargill
Fla. Bar. No. 61430
tcargill@foley.com
FOLEY & LARDNER LLP

4824-9396-0750.1

Telephone: (407) 423-7656  
Facsimile: (407) 648-1743

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon all Defendants of record via filing with the Court's CM/ECF system and by mailing a copy to the Plaintiff, Larry Rumbough, 840 Lilac Trace Lane, Orlando, FL 32828 and Mediator, Clayton Simmons, Bryant Miller Olive P.A., Citrus Center, 255 South Orange Avenue, Suite 1350 Orlando, Florida 32801, this 1st day of March 2016.

/s/ Christi A. Lawson  
Christi A. Lawson  
Fla. Bar No. 0498351

4824-9396-0750.1