FILED

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

2016 MAR 10  PM 2: 52

MIDDLE ...
ORLANDO, FL

LARRY RUMBOUGH,

    Plaintiff,

                                                  Case No. 6:15-cv-01878-Orl-40KRS

-v-

CAPITAL ONE BANK (USA), N.A.; et al.,

    Defendants.

## PLAINTIFF'S NOTICE OF PENDING SETTLEMENT WITH DEFENDANT GLOBAL CREDIT & COLLECTION CORPORATION

Plaintiff, Larry Rumbough, hereby files Plaintiff's Notice of Pending Settlement with Defendant Global Credit & Collection Corporation, and states:

1. Plaintiff and Global Credit & Collection Corporation (Global Credit) have reached full settlement on all issues and have signed a settlement agreement.

2. When all the terms of the confidential agreement have been fulfilled, anticipated to be within 30 days, Plaintiff will file a notice of dismissal with prejudice pertaining to Global Credit.

3. Plaintiff and Global Credit believe that it is not necessary for Global Credit to appear at the settlement conference on March 22, 2016 due to the pending settlement and because the appearance of Global Credit was not contemplated in the scheduling order for the conference. Parties request guidance from the Court if it does not concur.

Dated: March 10, 2016

Respectfully submitted,

*Larry Rumbough*

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will be electronically mailed to all parties on the service list this 10th day of March, 2016 and by U.S. Mail delivery to:

Brandon Wrazen, Esq.
Attorney for Global Credit & Collection Corporation
Peltan Law, PLLC
1207 Delaware Avenue, Suite 466
Buffalo, NY 14209


*Larry Rumbough*

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859