

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LARRY RUMBOUGH,

      Plaintiff,

                             Case No. 6:15-cv-01878-Orl-40KRS

-v-

CAPITAL ONE BANK (USA), N.A.; et al.,

      Defendants.

## NOTICE OF FILING OFFER OF JUDGMENT AND ACCEPTANCE

Plaintiff, Larry Rumbough, hereby gives notice of filing Citi Defendants' Offer of

Judgment (Exhibit A), Plaintiff's Notice of Acceptance of Citi Defendants' Offer of Judgment

(Exhibit B), and Plaintiff's Proof of Service of Plaintiff's Notice of Acceptance of Citi

Defendants' Offer of Judgment (Exhibit C). Plaintiff requests that the Clerk of Court enter a

Judgment on the Offer and Acceptance.


Dated: May 23, 2016

Respectfully submitted,

*Larry Rumbough*

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
(321) 331-1859

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will be electronically mailed to all parties on the service list this 23rd day of May, 2016 and by U.S. Mail delivery to:

Christi A. Lawson, Esq.
Attorney for Citi Defendants
Foley & Lardner LLP
111 North Orange Avenue, Suite 1800
Orlando, FL 32801-2386


Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859