Exhibit "A"

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

LARRY RUMBOUGH,

    Plaintiff,

-v-

CAPITAL ONE BANK (USA), N.A.; CAPITAL ONE RETAIL SERVICES; CITIBANK, N.A.; CITI CARDS; CITICORP CREDIT SERVICES, INC. (USA); CITICORP; BEST BUY; BEST BUY CREDIT SERVICE; GLOBAL CREDIT & COLLECTION CORPORATION; GLOBAL INTERNATIONAL, MIDLAND CREDIT MANAGEMENT, INC.; MIDLAND FUNDING LLC; MRC RECEIVABLES; MIDLAND FUNDING NCC-2 CORPORATION; ASSET ACCEPTANCE, LLC; CAVALRY PORTFOLIO SERVICES; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC,

    Defendants.

Case No. 6:15-cv-1878-ORL-40KRS

## CITI DEFENDANTS' OFFER OF JUDGMENT

Defendants, Citibank, N.A. ("Citibank"), Citi Cards, Citicorp Credit Services, Inc. (USA), Citicorp, Best Buy and/or Best Buy Credit Services (collectively the "Citi Defendants"[1]) hereby submit the following Offer of Judgment, as detailed and apportioned below:

    1.    Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Florida Rule of Civil Procedure 1.442 and Section 768.79, Florida Statutes, the Citi Defendants hereby offer

---

[1] "Best Buy" and "Best Buy Credit Services" are not legal entities and have been improperly named as defendants. Similarly, Plaintiff has improperly named numerous purported Citi entities. Citibank, N.A. and Citicorp Credit Services, Inc. (USA) are legal entities, but the latter is also improperly named, because it has no relationship with Plaintiff.

4831-3988-8433.2

to allow judgment to be taken against them by Plaintiff Larry Rumbough in the total amount of $7,000 (seven thousand dollars), apportioned as follows:

    (a)    $3,000 (three thousand dollars) for Count I of the Complaint against the Citi Defendants under the Fair Credit Reporting Act (FCRA;

    (b)    $2,000 (two thousand dollars) for Count II of the Complaint against the Citi Defendants under the Fair Debt Collection Practices Act (FDCPA); and

    (c)    $2,000 (two thousand dollars) for Count III of the Complaint against the Citi Defendants under the Florida Consumer Collection Practices Act (FCCPA).

2.     The total judgment amount represents the Citi Defendants' total liability for all of Plaintiff's above-noted claims, inclusive of the damages asserted and attorneys' fees and costs. The total judgment amount includes zero funds awarded for punitive damages.

3.     This Offer is further conditioned upon the Plaintiff's agreement to the release terms attached hereto as Exhibit "A."

4.     This Offer is made solely for purposes specified in the applicable rules and is not, and shall not, be construed as the Citi Defendants' admissions of liability.

5.     Pursuant to Rule 68, Plaintiff has fourteen (14) days to accept this Offer in writing, with respect to the federal claims referenced in paragraphs 1(a) and 1(b) above. Plaintiff should take notice that Rule 68 provides that "[i]f the judgment finally obtained[ed] [by Plaintiff] is not more favorable than [the Citi Defendants'] offer, [the Plaintiff] must pay the costs incurred after the offer was made." Fed. R. Civ. P. 68.

6. Pursuant to Rule 1.442, and Florida Statute §768.79, Plaintiff has thirty (30) days to accept this Offer in writing, with respect to the Florida claim referenced in paragraph 1(c) above. Plaintiff should take notice that, under Section 768.79, Florida Statutes, if Plaintiff does not accept the Offer within thirty (30) days, and then eventually obtains a judgment that is at least 25% less than such offer, the Citi Defendants shall be able to recover from the Plaintiff their reasonable costs and attorneys' fees incurred from the date of the Offer.

7. This Offer is conditioned upon the Plaintiff's acceptance of the entire offer for all of the claims noted above, along with executing the attached settlement agreement.

Dated: May 18, 2016

/s/ Christi A. Lawson
Christi A. Lawson
Fla. Bar No. 0498351
clawson@foley.com
Thomas S. Cargill
Fla. Bar. No. 61430
tcargill@foley.com
FOLEY & LARDNER LLP
Telephone: (407) 423-7656
Facsimile: (407) 648-1743

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on this 18th day of May 2016, via email and regular U.S. mail to Plaintiff, Larry Rumbough, at the following addresses:

Larry Rumbough, Plaintiff Pro Se
840 Lilac Trace Lane
Orlando, Florida 32828
321-331-1859
lrumbough@yahoo.com

/s/ Christi A. Lawson
Christi A. Lawson
Fla. Bar No. 0498351