# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

LARRY RUMBOUGH,

     Plaintiff,

                                 Case No. 6:15-CV-1878-ORL-40KRS

-v-

CAPITAL ONE BANK (USA), N.A.;
CAPITAL ONE RETAIL SERVICES;
CITIBANK, N.A.; CITI CARDS; CITICORP
CREDIT SERVICES, INC. (USA);
CITICORP; BEST BUY; BEST BUY
CREDIT SERVICE; GLOBAL CREDIT &
COLLECTION CORPORATION; GLOBAL
INTERNATIONAL, MIDLAND CREDIT
MANAGEMENT, INC.; MIDLAND
FUNDING LLC; MRC RECEIVABLES;
MIDLAND FUNDING NCC-2
CORPORATION; ASSET ACCEPTANCE,
LLC; CAVALRY PORTFOLIO SERVICES;
EQUIFAX INFORMATION SERVICES
LLC; EXPERIAN INFORMATION
SOLUTIONS, INC.; TRANS UNION LLC,

     Defendants.

_____

## DEFENDANTS', MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING LLC, MRC RECEIVABLES, MIDLAND FUNDING NCC-2 CORPORATION AND ASSET ACCEPTANCE, LLC'S UNOPPOSED MOTION FOR LEAVE OF COURT TO ATTEND MEDIATION VIA TELEPHONE

Defendants, MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING LLC, MRC RECEIVABLES, MIDLAND FUNDING NCC-2 CORPORATION (collectively referred to as "MIDLAND") and ASSET ACCEPTANCE, LLC ("ASSET"), by and through their undersigned counsel, hereby file their Unopposed Motion for Leave of Court to Attend Mediation Via Telephone, and, in support of this motion, state:

1.      On November 5, 2015, Plaintiff, Larry Rumbough ("RUMBOUGH") filed his Complaint against, *inter alia*, MIDLAND and ASSET purporting to allege violations of the Fair Credit Reporting Act ("FCRA") against MIDLAND CREDIT MANAGEMENT, INC. and other Defendants in Count I; the Fair Debt Collection Practices Act ("FDCPA") against MIDLAND, ASSET and other Defendants in Count II; the Florida Consumer Collection Practices Act ("FCCPA") against Midland, Asset and other Defendants in Count III; and the Telephone Consumer Protections Act ("TCPA") against MIDLAND CREDIT MANAGEMENT, INC. and another Defendant in Count IV. [D.E. 1].

2.      Shortly thereafter, the TCPA claim against MIDLAND CREDIT MANAGEMENT, INC. was transferred to the Multi-District Litigation MDL 2286, pending in the Southern District of California. [D.E 32]. This Court confirmed the transfer of the TCPA claim on December 29, 2015. [D.E. 33]. Pursuant to the Transfer Order [D.E. 32], the non-TCPA claims against MIDLAND and ASSET in Counts I-III were separated and remanded back to this Court. *Id.*

3.      On July 7, 2016, MIDLAND and ASSET served Plaintiff with an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure as to the non-TCPA claims brought against MIDLAND and ASSET in Counts I-III of Plaintiff's Complaint.  [D.E. 103-1].

4.      On July 11, 2016, Plaintiff accepted MIDLAND and ASSET's Offer of Judgment. [D.E. 103].

5.      Within Plaintiff's Notice of Acceptance, Plaintiff requested that

judgment be entered in his favor and against MIDLAND and ASSET on the non-TCPA claims. [D.E. 103].  Plaintiff's request for entry of judgment has not yet been ruled upon by the Court or acted upon by the Clerk.

6.    As a result, the only unresolved claim remaining against MIDLAND or ASSET is Plaintiff's TCPA claim against MIDLAND CREDIT MANAGEMENT, INC., which remains in the MDL.

7.    The Mediation deadline is October 17, 2016.

8.    Mediation will occur in this District.

9.    MIDLAND'S representative and ASSET'S representative is in San Diego, California.

10.    The undersigned counsel for MIDLAND and ASSET is in Fort Lauderdale, FL.

11.    MIDLAND and ASSET will incur significant travel expenses if their representative and counsel are required to travel to this District to participate in the mediation conference.

12.    The parties' goal of conserving costs and expenses associated with this litigation would be furthered by allowing MIDLAND'S and ASSET'S representative and counsel to participate in the mediation conference by telephone.

13.    Since Plaintiff's non-TCPA claims against MIDLAND or ASSET have been resolved and Plaintiff's TCPA claim against MIDLAND CREDIT MANAGEMENT, INC. remains in the MDL, the parties' ability to resolve this matter at mediation would not be negatively impacted should MIDLAND'S and

ASSET'S representative and counsel be permitted to participate in Mediation by telephone.

14.     Moreover, no party would be prejudiced by the telephonic attendance of MIDLAND, ASSET and their counsel at Mediation.

## CERTIFICATE OF COUNSEL

Pursuant to Local Rule 3.01(g), undersigned counsel contacted Plaintiff Pro Se and counsel for BEST BUY CREDIT SERVICE, who are the only remaining parties with unresolved claims, and Plaintiff and BEST BUY CREDIT SERVICE do not oppose the relief requested herein.

WHEREFORE, Defendants, MIDLAND and ASSET hereby request this Court enter an Order granting their representative and their counsel to attend Mediation by telephone, and granting MIDLAND and ASSET any other relief this Court deems just and proper.

Respectfully submitted: September 30th 2016.

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN
Counsel for Defendants, Midland & Asset
100 Northeast Third Avenue, 11th Floor
Fort Lauderdale, FL  33301
Telephone No.:  (954) 847-4920
Facsimile No.:  (954) 627-6640
pmdelong@mdwcg.com
ajmastrangelo@mdwcg.com

By    */s/Patrick M. DeLong*
         Patrick M. DeLong, Esq.
         Florida Bar Number:  0982415

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 30, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I e-mailed or mailed the foregoing document and the notice of electronic filing to all counsel of record or pro se parties of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Larry Rumbough, Plaintiff Pro Se
840 Lilac Trace Lane
Orlando, Florida 32828
321-331-1859
lrumbough@yahoo.com

Charles J. McHale, Esq.
Golden Scaz Gagain, PLLC
201 North Armenia Avenue
Tampa, Florida 33609-2303
813-251-5500
Counsel for Cavalry Portfolio Services
cmchale@gsgfirm.com

J. Anthony Love, Esq.
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
404-572-4600
Counsel for Equifax Information Services, LLC
tlove@kslaw.com

Christi A. Lawson, Esq.
Thomas S. Cargill, Esq.
Foley & Lardner, LLP
111 N. Orange Avenue, Suite 1800
Orlando, Florida 32801
407-423-7656
Counsel for Citibank, N.A., Citi Cards, Citicorp Credit Services, Inc. (USA)
Citicorp, Best Buy and Best Buy Credit Services
clawson@foley.com
tcargill@foley.com

Melissa W. Nelson, Esq.
McGuire Woods, LLP
50 North Laura Street, Suite 3300
Jacksonville, Florida 32202
904-798-2684
Counsel for Capital One Bank (USA), N.A. and
Capital One Retail Services
mnelson@mcguirewoods.com

Maria Helena Ruiz, Esq.
Kasowitz Benson Torres & Friedman, LLP
1441 Brickell Avenue, Suite 1420
Miami, Florida 33131
786-587-1044
Counsel for Experian Information Solutions, Inc.
mruiz@kasowitz.com

Franklin G. Cosmen, Jr., Esq.
Quintairos, Prieto, Wood & Boyer, P.A.
9300 S. Dadeland Boulevard, 4th Floor
Miami, Florida 33156
305-670-1101
Counsel for TransUnion, LLC
fcosmen@qpwblaw.com


By: */s/ Patrick M. DeLong*
Patrick M. DeLong, Esq.
Florida Bar Number: 0982415