UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
CASE NO. 6:15-cv-01878-PGB-KRS

LARRY RUMBOUGH,

      Plaintiff,

v.

CAPITAL ONE BANK (USA), N.A.;
CAPITAL ONE RETAIL SERVICES;
CITIBANK, N.A.; CITI CARDS; CITICORP
CREDIT SERVICES, INC. (USA);
CITICORP; BEST BUY; BEST BUY
CREDIT SERVICE; GLOBAL CREDIT &
COLLECTION CORPORATION; GLOBAL
INTERNATIONAL; MIDLAND CREDIT
MANAGEMENT, INC.; MIDLAND
FUNDING LLC; MRC RECENABLES;
MIDLAND FUNDING NCC-2
CORPORATION; ASSET ACCEPTANCE,
LLC; CAVALRY PORTFOLIO SERVICES;
EQUIFAX INFORMATION SERVICES
LLC; EXPERIAN INFORMATION
SOLUTIONS, INC.; TRANS UNION LLC,

      Defendants.

## RESPONSE TO COURT'S SEPTEMBER 26, 2016 ORDER

PLEASE TAKE NOTICE that, pursuant to the Court's September 26, 2016 order, Defendants Citibank, N.A., Citi Cards, Citicorp Credit Services, Inc. (USA), Citicorp Best Buy and Best Buy Credit Service ("Citi Defendants"), by counsel, have no objection to being terminated from this case and the case closed. Citibank, N.A. ("Citibank") states that Best Buy Credit Service ("BBCS") is not a separate legal entity but is the servicing arm of Citibank that services Best Buy branded credit card accounts. As a result, Plaintiff has improperly asserted

claims against BBCS and Citibank has settled all claims that have been or could have been brought against it.

        Dated:  October 11, 2016.

        /s/Christi A. Lawson
Christi A. Lawson
Thomas Cargill
Foley & Lardner, LLP
111 N Orange Ave, Ste 1800
Orlando, FL 32801
Tel.:  (407) 423-7656
Fax:  (407) 648-1743
clawson@foley.com
tcargill@foley.com

Michael C. Lueder
Foley & Lardner, LLP
777 E Wisconsin Ave, Ste 3700
Milwaukee, WI 53202-5306
Tel.:  (414) 297-5643
Fax:  (414) 297-4900
mlueder@foley.com

*Counsel for Citibank, NA; Citi Cards; Citicorp Credit Services, Inc. (USA); Citicorp; Best Buy; and Best Buy Credit Services*

**CERTIFICATE OF SERVICE**

  I certify that on October 11, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| Myra H. Chapman<br>McGuire Woods LLP<br>310 Fourth Street NE<br>Suite 300<br>Charlottesville, VA  22902<br>Tel.:  (434) 977-2562<br>Fax:  (434) 980-2251<br>mchapman@mcguirewoods.com<br><br>*Counsel for Capital One Bank N.A. (USA)* | Patrick Michael DeLong<br>Marshall, Dennehey, Warner,<br>Coleman & Goggin<br>11th Floor<br>100 NE 3rd Ave<br>Ft Lauderdale, FL 33301<br>Tel.:  (954) 847-4920<br>Fax:  (954) 627-6640<br>pmdelong@mdwcg.com<br><br>*Counsel for Midland Credit Management Inc., Midland Funding LLC, MRC Receivables, Midland Funding NCC-2 Corporation, and Asset Acceptance LLC* |

  I also certify that on October 11, 2016, I served copies of the foregoing upon the following individuals by electronic mail and first class, postage prepaid U.S. mail:

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828

*Plaintiff*

                /s/Christi A. Lawson