# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LARRY RUMBOUGH,**

    **Plaintiff,**

**v.**                                                                 Case No:   6:15-cv-1878-Orl-40KRS

**CAPITAL ONE BANK (USA), N.A., CAPITAL ONE RETAIL SERVICES, CITIBANK, N.A., CITI CARDS, CITICORP CREDIT SERVICES, INC. (USA), CITICORP, BEST BUY, BEST BUY CREDIT SERVICE, GLOBAL INTERNATIONAL, MIDLAND CREDIT MANAGEMENT INC., MIDLAND FUNDING LLC, MRC RECEIVABLES, MIDLAND FUNDING NCC-2 CORPORATION and ASSET ACCEPTANCE LLC,**

    **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** DEFENDANTS', MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING, LLC, MRC RECEIVABLES, MIDLAND FUNDING NCC-2 CORPORATION AND ASSET ACCEPTANCE, LLC'S RENEWED UNOPPOSED MOTION FOR LEAVE OF COURT TO ATTEND MEDIATION VIA TELEPHONE (Doc. No. 119)
>
> **FILED:** October 10, 2016
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

- 2 -

The representative of and counsel for Defendants Midland Credit Management, Inc., Midland Funding, LLC, MRC Receivables, Midland Funding NCC-2 Corporation (collectively, "the Midland Defendants") and Asset Acceptance, LLC ("Asset Acceptance") may attend the mediation telephonically.   The representative of and counsel for the Midland Defendants and Asset Acceptance must be present throughout the mediation just as if they were attending in person.

**DONE** and **ORDERED** in Orlando, Florida on October 11, 2016.

           *Karla R. Spaulding*
           KARLA R. SPAULDING
           UNITED STATES MAGISTRATE JUDGE